COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

L&F DISTRIBUTORS, LLC,                                              No. 08-19-00076-CV

§

                   Appellant,                                        Appeal from the

§

V.                                                                              327th District Court

§

FERNANDO CARRASCO, JR.,                                of El Paso County, Texas

§

                   Appellee.                                       (TC# 2017-DCV-3768)

§

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal because the trial court has entered an order which renders the appeal moot. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal as moot. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

July 5, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.